# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 03-00495

CASE NAME:    USA v. Calderon, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra            REPORTER:

DATE:    07/18/2006                TIME:

COURT ACTION:  EO:  Jury Selection/Trial to Follow continued  from 07/25/2006 09:00:00 AM to 11/28/2006 09:00:00 AM.  Motion in Limine continued from 07/25/2006 09:00:00 AM to 11/28/2006 09:00:00 AM.

Final Pretrial Conference continued from 06/26/2006 10:00:00 AM to 10/30/2006 10:00:00 AM,  Judge presiding changed from BMK to LEK,  from COURTROOM 6 to COURTROOM 7 before LEK

Motions due: 10/2/2006
Responses due: 10/16/2006

Time to be excluded from 7/25/2006 to 11/27/2006.

Stip to be prepared by Mr. Thomas.

Submitted by: Theresa Lam, Courtroom Manager